**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 1:25-CR-00173-04** |
| **VERSUS** | **JUDGE EDWARDS** |
| **GLYNN DIXON (04)** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**MINUTES OF COURT:**
**Change of Plea**

| | | | |
|---|---|---|---|
| Date: | June 30, 2026 | Presiding: Judge Jerry Edwards | |
| Court Opened: | 11:00 a.m. | Courtroom Deputy: | Greta Roaix |
| Court Adjourned: | 11:30 a.m. | Court Reporter: | Myra Primeaux |
| Statistical Time: | 00:30 | Courtroom: | 2nd Floor Courtroom |

**APPEARANCES**

| | | |
|---|---|---|
| John Woodley Nickel (AUSA) | For | United States of America |
| John Kevin Stockstill (CJA) | For | Glynn Dixon (04) Defendant |
| Glynn Dixon (04) Defendant | | (LOCATION RELEASE) |

**PROCEEDINGS**

Change of Plea Hearing
Defendant advised of charges, maximum penalties, & rights
Plea of guilty to count 1 of the Indictment
Defendant under oath
Defendant advised of Rule 11 rights
Factual basis for the plea
Defendant acknowledged understanding of the charge and the maximum penalty & rights
Plea of guilty accepted
Defendant out on Bond, Order Setting Conditions of Release Continued

**FILINGS:** Plea Agreement
Affidavit of Understanding
Facutal Basis for Guilty Plea
Elements of the Offense

**RULINGS/COMMENTS:**

The sentencing is hereby set for **October 22, 2026 at 9:30 a.m., 2nd Floor Courtroom Alexandria, Louisiana.** The Court ordered counsel to submit any pre-sentence memorandum 2 week prior to sentencing, and any response to the other's memorandum to be submitted 1 week prior to sentencing.

The Clerk of Court shall accept the defendant's payment of any assessment, fine and/or restitution prior to the sentencing in this case. Any restitution paid will be held by the Clerk of Court and not dispersed to the victim(s) until the defendant has been sentenced and judgment has been entered.